DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WENDALL HALL** and
**JOHN EDWARD THURSTON,**
Appellants,

v.

**JARAD ANDERSON** and
**WELLPATH RECOVERY SOLUTIONS,**
Appellees.

No. 4D2025-3515

[May 7, 2026]

Appeal of a nonfinal order from the Nineteenth Judicial Circuit; Elizabeth Ann Metzger, Judge; L.T. Case No. 432025000525CAAXMX.

Wendall Hall, Arcadia, pro se.

Gregory Allen Kummerlen, Jupiter, for appellees.

PER CURIAM.

*Affirmed.*

KUNTZ, MAY and LOTT, JJ., concur.

\* \* \*

*Not final until disposition of timely-filed motion for rehearing.*